# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

MICHAEL PETERSON, et al.,

    Plaintiffs,

v.

AARON'S, INC., et al.,

    Defendants.

CIVIL ACTION FILE

NO. 1:14-CV-1919-TWT

## J U D G M E N T

This action having previously come before the Court, Honorable THOMAS W. THRASH, JR., Chief United States District Judge, for consideration of Aaron's Inc.'s Motion for Summary Judgment, and the Court having GRANTED said motion by Order dated October 3, 2017, it is

**Ordered and Adjudged** that Plaintiffs Michael Peterson and Matthew Lyons take nothing; that Defendant Aaron's, Inc. recover its costs of this action, and this action be and the same hereby is DISMISSED.

Dated at Atlanta, Georgia, this 15th day of August, 2018.

                          JAMES N. HATTEN
                          CLERK OF COURT and
                          DISTRICT COURT EXECUTIVE

                          By: s/J. Lee
                          Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  August 15, 2018
James N. Hatten
Clerk of Court
By: s/J. Lee
    Deputy Clerk