IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL PETERSON, et al.

      Plaintiffs,                              CIVIL ACTION NO.:
                                              1:14-cv-01919-TWT

v.

ASPEN WAY ENTERPRISES, INC., et al.

      Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE
### (Pursuant to Fed.R.Civ.P. 41)

**NOW INTO COURT** comes undersigned counsel for Plaintiffs, Michael Peterson and Matthew Lyons, and Defendant, Aspen Way Enterprises, Inc., d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's, Inc., ("Aspen Way") who seek dismissal with prejudice of this matter having advised the court that the parties have fully and finally settled all claims pending in this action.

*Signatures contained on next page*

This 21st day of September, 2018.

**HERMAN GEREL, LLP**

*/s/ Maury A. Herman*
**MAURY A. HERMAN**
*(Admitted Pro Hac Vice – Doc[s] 43 and 44)*
LA I.D. #6815
*Attorney for Plaintiffs, Michael Peterson
and Matthew Lyons*

820 O'Keefe Avenue
New Orleans, LA 70113
Tel.: (504) 581-4892
Fax: (504) 561-6024
Email: mherman@hhklawfirm.com

**MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN**

*/s/ Anthony J. Williott*
(signed w/express permission)
ANTHONY J. WILLIOTT, ESQ.
Admitted *Pro Hac Vice*
PA I.D. #43684

Union Trust Building, Suite 700
501 Grant Street
Pittsburgh, PA 15219
Tel.: (412) 803-1140
Fax: (412) 803-1188
Email: ajwilliott@mdwcg.com

*-AND-*

**NELSON MULLINS RILEY &
SCARBOROUGH, LLP**

*/s/ Mark Stephen VanderBroek*
MARK S. VANDERBROEK, ESQ.
(signed w/express permission)
Georgia ID #724440

2

*Counsel for Defendant, Aspen Way Enterprises, Inc., d/b/a Aaron's Sales and Leasing, a franchisee of Aaron's, Inc.*

Atlanta Station
201 17th Street NW, Suite 1700
Atlanta, GA  30363
Tel.: (404) 322-6000
Fax: (404) 322-6321
Email: mark.vanderbroek@nelsonmullins.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL PETERSON, et al.

      Plaintiffs,

v.

ASPEN WAY ENTERPRISES, INC., et al.

      Defendants.

CIVIL ACTION NO.:
1:14-cv-01919-TWT

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the undersigned has this day electronically filed the within and foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Andrea S. Hirsch, Esq.
Andrea S. Hirsh, LLC
60 Lenox Pointe
Atlanta, GA 30324

Frederick S. Longer, Esq.
Levin Fishbein Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA  19106-3697

John J. Robinson, Esq.
Jamieson & Robonson, LLC
P.O. Box 4285
185 West Broadway
Jackson, WY  83001-4285

Anthony J. Williott, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin
Union Trust Building, Suite 700
501 Grant Street
Pittsburgh, PA  15219

Mark S. VanderBroek, Esq.
Nekia Hackworth Jones, Esq.
Sean Michael Kirwin, Esq.
Nelson Mullins Riley & Scarborough, LLP-ATL
Atlantic Station
201 17th Street NW, Suite 1700
Atlanta, GA  30363

This 21st day of September, 2018.

HERMAN GEREL, LLP

*/s/ Maury A. Herman*
**MAURY A. HERMAN**
*(Admitted Pro Hac Vice)*
LA I.D. #6815
*Attorney for Plaintiffs, Michael Peterson and Matthew Lyons*

820 O'Keefe Avenue
New Orleans, LA  70113
Tel.: (504) 581-4892
Fax: (504) 561-6024
Email:  mherman@hhklawfirm.com

## CERTIFICATE OF COMPLIANCE

Undersigned counsel certify the foregoing document has been prepared with one of the font and point selections (Times New Roman 14 point) approved by the Court in Local Rule 5.1(C).

This 21st day of September, 2018.

**HERMAN GEREL, LLP**

*/s/ Maury A. Herman*
**MAURY A. HERMAN**
*(Admitted Pro Hac Vice)*
LA I.D. #6815
*Attorney for Plaintiffs, Michael Peterson*
*and Matthew Lyons*

820 O'Keefe Avenue
New Orleans, LA  70113
Tel.: (504) 581-4892
Fax: (504) 561-6024
Email:  mherman@hhklawfirm.com

6